IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **BRUCE E. FREDRICS and** ) <br> **PROFESSIONAL ADJUSTING** ) <br> **& CONSULTING SERVICE, LLC**, ) <br> Plaintiffs, ) <br> -vs- ) <br> ) <br> MEREDITH CORPORATION, ) <br> LYLE BANKS, and JOHN DOES, ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> **2:20-cv-00226-SCJ** |

## NOTICE OF DISMISSAL *WITHOUT* PREJUDICE

Come Now Plaintiffs and file their *Dismissal **WITHOUT** Prejudice* and show this Court as follows:

1. Defendants Meredith Corporation and Lyle Banks, Vice President & General Manager of WGCL & WPCH Television Stations in Atlanta, have been served and have not filed any Answers or responsive pleadings at this time.

This 21st day of December 2020.

/s/ *Ralph J. Villani*
**Ralph J. Villani, Esq.**
GA Bar No.: 727700

## CERTIFICATE OF SERVICE

This is to certify that I, this day, served Defendants with a true and correct copy of Plaintiffs' *Notice of Dismissal Without Prejudice* by depositing same in the U.S. Mail, prepaid, and addressed to them at their final service addresses to ensure

deliver to:

**Meredith Corporation**
c/o Registered Agent
CT Corporation System
289 S Culver Street
Lawrenceville, Georgia 30046

**Lyle Banks, VP**
c/o Meredith Corporation
Headquarters
1716 Locust Street
Des Moines, Iowa 50309

## **RULE 7 .1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with one of the fonts and point selections approved by the Court in *Local Rule 5.l-C*, to wit: Times New Roman, 14 point.

This 21st day of December, 2020.

/s/ *Ralph J. Villani*
**Ralph J. Villani, Esq.**
GA Bar No.: 727700

*VILLANI LAW FIRM*
821 Dawsonville Hwy.
Suite 250-333
Gainesville, GA 30501-2634

(TEL) 770.985.6773
(FAX) 770.979.5190

(Email) *ralphjvillani@gmail.com*

**Counsel for Plaintiffs**

*Fredrics -v- MeredithCorp - Dismissal   Pg 2 of 2*